ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Feb-20 13:38:36
60CV-17-909
C06D12 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

| | |
|---|---|
| PAUL RIST | PLAINTIFF |
| VS. NO. _____ | |
| EMT VETERANS SERVICES, LLC; EMT VET TRANS, LCC; EMT TRANSPORTATION VETERAN SERVICES, LCC; JOHN DOE DRIVER; and JOHN DOE ENTITIES 1-3 | DEFENDANTS |

## COMPLAINT

COMES NOW the Plaintiff, Paul E. Rist, by and through his attorneys, RAINWATER, HOLT & SEXTON, P.A., and for his Complaint against the Defendants, states and alleges the following:

### I. RESIDENCY & PARTIES

1. At the time of the incident, Plaintiff Paul E. Rist was a resident of Pea Ridge, Benton County, Arkansas. Plaintiff is currently a resident of Eureka Springs, Carroll County, Arkansas.

2. Defendant EMT Veteran's Services, LLC is a Missouri Limited Liability Company operating in Arkansas. Its Registered Agent for service of process is Affinity Registered Agent and Trust Services, Inc. located at 1610 Des Peres Road, Suite 100, St. Louis, Missouri 63131.

3. Defendant EMT Vet Trans, LLC is a Missouri Limited Liability Company operating in Arkansas. Its Registered Agent for service of process is Stephen Lane Ukman located at 34 N. Brentwood Blvd., Suite 16A, Clayton, Missouri 63105.

4. Defendant EMT Transportation Veteran Services, LLC is a Missouri Limited Liability Company operating in Arkansas. Its Registered Agent for service of process is Stephen Lane Ukman located at 34 N. Brentwood Blvd., Suite 16A, Clayton, Missouri 63105.

5. The residence of John Doe Driver remains unknown.

6. The residencies of Defendants John Doe Entities 1-3 remain unknown.

7. Plaintiff's Counsel executed a "John Doe Affidavit" in accordance with Ark. Code Ann. § 16-56-125, and it is attached hereto as Exhibit 1.

8. The incident giving rise to this cause of action occurred in Little Rock, Arkansas.

8. The incident giving rise to this cause of action occurred in Little Rock, Arkansas.

## II. JURISDICTION & VENUE

9. This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

10. Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that all actions for damages for personal injury may be brought in the county where the collision occurred which caused the injury or in the county where the person injured resided at the time of the injury.

## III. BASIC PREMISE

11. This is a negligence case which arises from an injury in a motor vehicle collision that occurred on April 16, 2014, in Little Rock, Arkansas.

## IV. FACTS

12. On or about April 16, 2014, at approximately 7:00 a.m., Mr. Rist was a passenger in a transport van owned by the Defendant EMT Veterans Services, LLC, and/or EMT Vet Trans, LLC, and/or EMT Transportation Veterans Services, LLC, and/or John Doe Entities 1-3.

13. On the day of the incident, the Defendants operated a transport service which picked up the Plaintiff at his home in Pea Ridge, Arkansas and drove him to the Little Rock Veterans Hospital located at 4300 W. 7th Street, Little Rock, Arkansas 72205.

14. During the trip to Little Rock, Plaintiff rode in a seat directly behind the John Doe Driver's side seat.

15. Plaintiff takes various medications around 7:00 a.m. each morning, and told the John Doe driver of the van that he would need to take the medications which were stored in a backpack under Plaintiff's seat.

16. Plaintiff could not reach the backpack with his seatbelt still fastened, and told the John Doe Driver he needed to take his medications.

17. The John Doe Driver of the van instructed Plaintiff to go ahead and take his

medications.

18. Plaintiff unbuckled his seatbelt and retrieved his medications from his backpack located under his seat.

19. Before he was able to buckle his seatbelt back, the John Doe Driver slammed on the brakes causing Plaintiff to fall forward out of his seat and strike his head on a fire extinguisher and/or oxygen tank.

20. As a result of the impact, Plaintiff sustained personal injuries and damages.

21. The incidents causing Plaintiff's injuries occurred in Pulaski County, Arkansas.

### V. CAUSE OF ACTION NO. ONE - NEGLIGENCE

22. All of the allegations previously plead herein are re-alleged as though stated word-for-word.

23. John Doe Driver was negligent in the following particulars:

(a) Driving in such a careless manner as to evidence a failure to keep a proper lookout for other traffic, in violation of Ark. Code Ann. § 27-51-104(a);

(b) Driving in such a careless manner as to evidence a failure to maintain proper control, in violation of Ark. Code Ann. § 27-51-104(a), (b)(6) & (b)(8);

(c) Driving at a speed greater than was reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing, in violation of Ark. Code Ann. § 27-51-201(a)(1);

(d) Operating a vehicle in such a manner which would cause a failure to maintain control, in violation of Ark. Code Ann. § 27-51-104(b)(6);

(e) Otherwise failing to exercise ordinary care under the circumstances.

24. Defendant EMT Veterans Services, LLC, and/or EMT Vet Trans, LLC, and/or EMT Transportation Veterans Services, LLC, and/or John Doe Entities 1-3 were negligent in that they failed to properly implement and train its employees, including John Doe Driver, with respect to safe driving habits and giving instructions to passengers.

### VI. CAUSE OF ACTION NO. TWO - RESPONDEAT SUPERIOR LIABILITY

25. Defendant EMT Veterans Services, LLC, and/or EMT Vet Trans, LLC, and/or EMT

3

Transportation Veterans Services, LLC, and/or John Doe Entities 1-3 are responsible and vicariously liable for the negligence of their employee/agent (John Doe Driver) under the legal doctrines of joint enterprise, *respondeat superior*, and/or the principles of agency as adopted in the State of Arkansas.

26. The negligence of John Doe Driver is imputed to Defendant EMT Veterans Services, LLC, and/or EMT Vet Trans, LLC, and/or EMT Transportation Veterans Services, LLC, and/or John Doe Entities 1-3 as a matter of law.

## VII. PROXIMATE CAUSATION

27. All of the allegations previously plead herein are re-alleged as though stated word-for-word.

28. The Defendants' negligence proximately caused the collision described herein and the injuries and damages sustained by Plaintiff.

## VIII. INJURIES & COMPENSATORY DAMAGES

29. All of the allegations previously plead herein are re-alleged as though stated word-for-word.

30. Plaintiff sustained personal injuries and damages as a result of the collision.

31. Plaintiff is entitled to the following damages:

    (a)    the nature, extent, duration, and permanency of his injuries;

    (b)    the full extent of the injuries he sustained;

    (c)    the expense of his medical care, treatment and services received, including transportation, board and lodging expenses and those expenses that are reasonably certain to be required in the future;

    (d)    any pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future; and

    (f)    the visible results of his injuries.

32. The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## IX. DEMAND FOR JURY TRIAL

33. Plaintiff hereby demands a trial by jury.

## X. DEMAND & PRAYER

34. The Plaintiff demands judgment against the Defendants for a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate him for his damages.

35. The Plaintiff demands judgment against the Defendants for pre-judgment interest and post judgment interest at the maximum rate allowed by law; for reasonable expenses; costs; and for all other proper relief to which he may be entitled.

Respectfully Submitted,

Attorneys for Plaintiff

By: _____
Rob Beard (Ark. Bar No. 2002109)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Telephone:  (501) 868-2500
Telefax:    (501) 868-2508

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Feb-20 13:38:36
60CV-17-909
C06D12 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

PAUL RIST                                                PLAINTIFF

VS.                      NO._____

EMT VETERANS SERVICES, LLC; EMT VET TRANS, LLC; EMT TRANSPORTATION VETERAN SERVICES, LLC; JOHN DOE DRIVER; and JOHN DOE ENTITIES 1-3         DEFENDANTS

STATE OF ARKANSAS  )
                               ) ss:
COUNTY OF PULASKI  )

Comes now Robert L. Beard, and states, upon oath, the following:

1. I represent Plaintiff Paul Rist in the above matter.

2. Plaintiff Paul Rist is seeking a judgment against unknown tortfeasors.

3. The names of the unknown tortfeasors in this action will be designated by the pseudo-names John Doe Driver and John Doe Entities 1-3, and will be named as such in the Plaintiff's Complaint.

4. Upon determining the identity of John Doe Driver and John Doe Entities 1-3, the Complaint will be amended by substituting the real name for the pseudo-name.

5. This affidavit is made pursuant to A.C.A. § 16-56-125.

_____
Robert L. Beard

2/20/2017
Date

SWORN AND SUBSCRIBED before me on the 20 day of February, 2017.

_____
Notary Public  Ashley McLeod

My commission expires:

12/30/2026

ASHLEY MCLEOD
SALINE COUNTY
NOTARY PUBLIC -- ARKANSAS
My Commission Expires 12/30/2026
Commission No. 12699940

EXHIBIT A

ASHLEY MCLEOD
SALINE COUNTY
NOTARY PUBLIC – ARKANSAS
My Commission Expires 10/07/26
Commission No. 12689590